**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                              **Case No. 4:93-CR-00151 (3) GTE**

**PATRICK LYDELL ROBINSON**

**ORDER**

Before the Court is Defendant Patrick Robinson's Motion for Reconsideration, filed *pro se*. Defendant challenges the Court's prior Order rejecting Defendant's motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).[1]  In its prior Order the Court concluded that Defendant Robinson is ineligible for the retroactive application of the crack cocaine penalty reduction imposed by the United States Sentencing Commission, effective March 3, 2008.[2]

In his present motion Defendant argues that the Court should apply the Supreme Court's decision in *U.S. v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), conduct a hearing pursuant to 18 U.S.C. § 3553(a), and make an "Individualized Sentencing Determination."  Defendant is describing the sentencing process that would occur if Defendant were being sentenced for the first time today.  That process does not apply to "criminal convictions that became final before the rule [in *Booker*] was announced."  *Never Misses a Shot v. United States*, 413 F.3d 781, 783 (8th Cir. 2005).  The Judgment imposing Defendant's sentence was imposed on March 4, 1994.  The *Booker* decision has no impact on Defendant's sentence.

---

[1] (*See* Order filed April 23, 2008, Docket No. 196).

[2] *See* United States Sentencing Commission Sentencing Guidelines, Amendment 706 (reducing the guideline range for crack cocaine offenses, effective November 1, 2007) and Amendment 711 (making Amendment 706 retroactive, effective March 3, 2008).

- 1 -

- 2 -

This Court has no discretion to reduce Defendant's sentence. For the reasons stated in the Court's prior Order, application of Sentencing Guideline Amendment 706, which altered the drug quantity table for crack cocaine offenses, does not alter Defendant's sentence because he was sentenced as a career offender.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Reconsideration (# 197) be, and it is hereby, DENIED.

IT IS SO ORDERED THIS  12th   day of May, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE